B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**East Coast Storage Equipment Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **22-3730132** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**620 Burtis St**<br>**Brick, NJ**<br>ZIPCODE **08723-5559** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Ocean** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**154 Juliustown Rd, Browns Mills, NJ**    ZIPCODE **08015-3135** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other
_____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [✓] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **East Coast Storage Equipment Co., Inc.** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)                    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13) — Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **East Coast Storage Equipment Co., Inc.** |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X ***/s/ Peter J. Broege, Esq.***
Signature of Attorney for Debtor(s)

**Peter J. Broege, Esq. PB 9313
Broege Neumann
Fischer & Shaver
25 Abe Voorhees Dr
Manasquan, NJ  08736
(732) 223-8484  Fax: (732) 223-2416
pbroege@bnfsbankruptcy.com**

**September 12, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Audra Parisi***
Signature of Authorized Individual

**Audra Parisi**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 12, 2014**
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# **CORPORATE RESOLUTION**

I, Audra Parisi, President of East Coast Storage Equipment Co., Inc., a corporation of the State of New Jersey, hereby certify that a special meeting of the Board of Directors of said corporation was held in accordance with the By-Laws of said corporation on September 12, 2014, at which all of the directors of the said Board of Directors were present and acting throughout and the following Resolution was duly and regularly adopted:

> **RESOLVED**, that Audra Parisi the President of this Corporation be and she is hereby authorized and directed on behalf of and in the name of this Corporation to execute and verify a Petition for Reorganization under Chapter 11 of the Bankruptcy Code and to cause same to be filed in the United States Bankruptcy Court for the District of New Jersey, to file any Plan or Plans of Reorganization for the Debtor necessary to effectuate a Plan of Reorganization, and the retention of BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C. as attorneys for the Debtor in these proceedings is hereby ratified

IN WITNESS WHEREOF, I have hereunder set my hand and affixed the seal of the Corporation this 12th day of September, 2014.

/s/ Audra Parisi, President

The above is a true copy of the Minutes of a special meeting held by the Board of Directors of the above named Corporation the day and year stated above.

/s/ Audra Parisi, President

**United States Bankruptcy Court**
**District of New Jersey**

**IN RE:** Case No. _____

**East Coast Storage Equipment Co., Inc.** _____    Chapter **11** _____
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September 12, 2014** _____    Signature: */s/ Audra Parisi* _____
                                            **Audra Parisi, President**                                    Debtor

Date: _____    Signature: _____
                                                                        Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
All State Material
491 Baltimore Pike
Springfield, PA   19064-3810


Alton Neff, Esq.
1466 Route 88
Brick, NJ   08724-2341


Atlantic Aerials
397 Route 33
Manalapan, NJ   07726-8306


Atlantic Forklift Services
PO Box 560578
Charlotte, NC   28256-0578


Atmos Consulting Textiles
3809 Kennedy Blvd
Union City, NJ   07087-2579


AWP Industries, Inc.
PO Box 633368
Cincinnati, OH   45263-3368


Batteries For Industry
247 Fulton St
Paterson, NJ   07501-1311


Beall's Inc.
700 13th Ave E
Bradenton, FL   34208-2624


Brick Utilities
1551 State Highway 88
Brick, NJ   08724-2366
```

```
Classic Brands
8214 Wellmoor Ct
Jessup, MD   20794-9624


Clydesdale Welding Co aka Middlesex
Welding Sales
PO Box 7197
North Brunswick, NJ   08902-7197


Colours, Inc.
125 Hovey Ave
Hamilton, NJ   08610-4429


Comcast
1250 Berlin Rd
PO Box 5025
Cherry Hill, NJ   08034-0404


Dell Financial Services
Customer Service
PO Box 81577
Austin, TX   78708-1577


Directline Transportation
5889 Greenwood Plaza Blvd Ste 320
Greenwood Village, CO   80111-2527


Edward Shapiro, Esq.
225 Broadway Ste 1515
New York, NY   10007-3765


Estes
PO Box 25612
Richmond, VA   23260-5612
```

```
Exner Automation
562 Crowell Ln
Lynchburg, VA   24502-5570


Fastenal Industrial & Construct. Supply
PO Box 978
Winona, MN   55987-0978


Fed Ex
PO Box 371461
Pittsburgh, PA   15250-7461


Fed Ex Freight
PO Box 223125
Pittsburgh, PA   15251


Global Tranz
PO Box 203285
Dallas, TX   75320-3285


Green Waste Tech
1419 Chetwynd Ave
Plainfield, NJ   07060-3115


GTS-Welco
PO Box 382000
Pittsburgh, PA   15250-8000


GTS-Welco
1240 State Route 33
Farmingdale, NJ   07727-3635


Hainesport Enterprises, Inc.
1466 Route 38
Hainesport, NJ   08036-2978
```

```
Hecht Trailers
2075 Route 9
Toms River, NJ   08755-1283


Hertz Equipment Rental Corp
PO Box 650280
Dallas, TX   75265-0280


Internal Revenue Service
Special Procedures
PO Box 744
Springfield, NJ   07081


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA   19101-7346


JCP&L
PO Box 3687
Akron, OH   44309-3687


Just Four Wheels, Inc.
324 E White Horse Pike
Galloway, NJ   08205-9565


Kruse Controls, Inc.
8344 Belair Rd
Nottingham, MD   21236-3421


LCS Logistics, LLC
5330 Fox St
Denver, CO   80216-1630
```

```
MAB Paints
1630 Route 38
Lumberton, NJ   08048-2920


McMaster-Carr
PO Box 7690
Chicago, IL   60680-7690


Metra Electronics
460 Walker St
Daytona Beach, FL   32117-2653


Metropolitan Distribution Center
200 Industrial Dr
Jersey City, NJ   07305-4517


MHS Lift, Inc.
PO Box 827043
Philadelphia, PA   19182-7043


Miller Truck Leasing
1824 Route 38
PO Box 619
Lumberton, NJ   08048-0619


Modern Equipment Rental
6352 Chapmans Rd
Allentown, PA   18106-9364


Mr. Bob's Portable Toilets
151 Big Hill Rd
Southampton, NJ   08088-9234
```

```
New England Motor Freight
1-71 North Avenue East
PO Box 6031
Elizabeth, NJ  07207-6031


NJ Dept Of Labor & Workforce Development
PO Box 951
Trenton, NJ  08625


NJ Division Of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ  08695-0245


NJ Natural Gas
1415 Wyckoff Rd
PO Box 1378
Wall, NJ  07719-1378


Northeast Batteries
2300 David Dr
Bristol, PA  19007-2042


Nucor Wire Products
1015 New Salem Rd
New Salem, PA  15468-1175


Office Max Inc.
263 Shuman Blvd
Naperville, IL  60563-8147


Penn-Mar Human Services
310 Old Freehold Rd
Freeland, MD  21053
```

```
PSE&G
Customer Service
PO Box 14444
New Brunswick, NJ   08906-4444


QEI Construction Group, LLC
3003 N Front St Ste 201
Harrisburg, PA   17110-1224


R&L Carriers, Inc.
PO Box 271
Wilmington, OH   45177-0271


REB Storage Systems International
4556 W Grand Ave
Chicago, IL   60639-4734


Ricciardi Brothers Paints
315 State Route 35
Eatontown, NJ   07724-2277


Rotary Pen
520 South Ave
Garwood, NJ   07027-1237


Siperstein Paints
24 Brick Blvd
Brick, NJ   08723-7920


South Jersey Welding Supply
PO Box 658
Maple Shade, NJ   08052-0658


Spectrum Marketing Communications Inc.
620 Deer Rd Ste 14
Cherry Hill, NJ   08034-1451
```

```
Toyota Material Handling
1000 Taylors Ln Ste 6
Cinnaminson, NJ   08077-2026


TPCO, LLC
Customer Service
5 Penn Plz 9th FL
New York, NY   10001-1810


Travis L. Kreiser Esq - Kreiser & Assoc
Attys For Trico Equipment
10000 Lincoln Dr E Ste 201
Marlton, NJ   08053-3105


Travis L. Kreiser Esq - Kreiser & Assoc
Attys For Trico Equipment
1300 Lawrence Rd
Havertown, PA   19083-1805


Trico Equipment Inc. d/b/a Trico Lift
1101 Wheaton Ave
Millville, NJ   08332-2003


United Rentals Inc.
PO Box 100711
Atlanta, GA   30384-0711


UPS
Customer Service
PO Box 7247-0244
Philadelphia, PA   19170-0001


UPS Freight
Customer Service
PO Box 7247-0244
Philadelphia, PA   19170-0001
```

```
US Foods, Inc.
1051 Amboy Ave
Perth Amboy, NJ   08861-1919


Veritas Electric, Inc.
PO Box 17120
Jersey City, NJ   07307-7120


Verizon
Bankruptcy Dept
PO Box 3037
Bloomington, IL   61702-3037


Verizon Wireless
PO Box 26055
Minneapolis, MN   55426-0055
```